Maurice S. Stern and Charles H. Stern, individually and as executors of the estate of Esther Stern, deceased, appellees, v. Faye A. Stern et al., defendants. Jennie A. Levi and Becca Alexander, appellants. Gen. No. 34,365.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Alden, Latham & Young, for appellant Jennie A. Levi. David T. Alexander and Joseph E. Winterbotham, for appellant Becca Alexander; Charles Martin, of counsel. Lee D. Mathias, for certain appellees. Harris F. Williams, for certain other appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Superior Electric Supply Company, appellant, v. John B. Sullivan, trading as Michigan Electric Company, appellee. Gen. No. 34,374.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930. Rehearing denied November 17, 1930.

Frank H. Shapiro, for appellant. Eugene Huss and Victor E. Rehm, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

South Chicago Savings Bank, appellee, v. Richard D. Divine and Ella F. Divine, appellants. Gen. No. 34,397.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930. Rehearing denied November 17, 1930.

Walter F. Boye, for appellants. Knapp, Beye, Allen, Cochran & Cushing, for appellee; John Howard Hershberger, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Max Wertheimer, appellee, v. Bullard & Brett Hardware Company, appellant. Gen. No. 34,425.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Joseph T. Harrington and Henry L. Blim, for appellant. C. Helmer Johnson and Philip D. Hoffman, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.